# THALER LAW FIRM PLLC

675 OLD COUNTRY ROAD
WESTBURY, NEW YORK 11590
PHONE: (516) 279-6700 | FAX: (516) 279-6722
WWW.ATHALERLAW.COM

ANDREW M. THALER
MEMBER
ATHALER@ATHALERLAW.COM

SPIROS AVRAMIDIS
ASSOCIATE
SPIROS@ATHALERLAW.COM

DAWN MIGLIORE
PARALEGAL
DAWN@ATHALERLAW.COM

KIM VICTOR
OF COUNSEL
KVICTOR@ATHALERLAW.COM

March 1, 2018

**VIA ECF ONLY**
Chambers of the Honorable Alan S. Trust
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:   *In re Monica B. Hanley & Keven T. Hanley* - Case No. 8-17-72008-ast

Dear Judge Trust,

    This firm is proposed counsel to Andrew M. Thaler, chapter 7 trustee ("the Trustee") of the bankruptcy estate (the "Estate") of Monica B. Hanley & Keven T. Hanley (the "Debtors").

    Your Honor requested a status update no later than March 5, 2018, regarding the Debtors' compliance and appearance at a 341 meeting of creditors that was scheduled to occur on February 28, 2018. Unfortunately, circumstances necessitated that the Trustee adjourn his entire 341 meeting of creditors calendar to March 8, 2018. The Debtors have agreed to appear at the 341 meeting of creditors on that date.

    Accordingly, the undersigned will file an additional status letter on March 12, 2018 to update the Court regarding the Debtor's compliance with the Court's directives. We apologize for an inconvenience this may cause.

    Thank you for your attention to this matter.

Sincerely,

Spiros Avramidis