# THALER LAW FIRM PLLC

675 OLD COUNTRY ROAD
WESTBURY, NEW YORK 11590
PHONE: (516) 279-6700 | FAX: (516) 279-6722
WWW.ATHALERLAW.COM

ANDREW M. THALER
MEMBER
ATHALER@ATHALERLAW.COM

SPIROS AVRAMIDIS
ASSOCIATE
SPIROS@ATHALERLAW.COM

DAWN MIGLIORE
PARALEGAL
DAWN@ATHALERLAW.COM

March 15, 2018

<u>VIA ECF ONLY</u>
Chambers of the Honorable Alan S. Trust
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re Monica B. Hanley & Keven T. Hanley* - Case No. 8-17-72008-ast

Dear Judge Trust,

This firm is proposed counsel to Andrew M. Thaler, chapter 7 trustee ("the Trustee") of the bankruptcy estate (the "Estate") of Monica B. Hanley & Keven T. Hanley (the "Debtors").

Pursuant to your Honor's request and my letter dated March 1, 2018, this letter is an update regarding the Debtors' compliance and appearance at a 341 meeting of creditors. On March 8, 2017, the Debtors appeared before, and were examined by, the Trustee. Based on this examination and a review of the produced documents, the Trustee found only one potential asset: a minor preference/fraudulent conveyance. However, this avoidance action is of inconsequential value to the Estate because the administrative expenses in pursuing such action would exceed the potential recovery, especially when considering the administrative expense of the prior trustee encompassed in his filed proof of claim. Accordingly, on March 12, 2018, the Trustee filed a report of no distribution.

For the above reasons, the Trustee respectfully requests that the mark off the hearing scheduled for March 20, 2018. Thank you for your attention to this matter.

Sincerely,

Spiros Avramidis

cc: John Piccinnini, Esq. and Jonathan Roman, Esq. via email to john@wrplawgroup.com and jonathan@wrplawgroup.com, respectively.